**In re: Abdullah Rasool SHAKOOR,
Petitioner.**

No. 10–1808.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 1, 2010.

Abdullah Rasool Shakoor, Petitioner Pro
Se.

Before WILKINSON, SHEDD, and
DAVIS, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Abdullah Shakoor petitions for a writ of
mandamus seeking an order instructing
the district court to act on his Fed.R.Civ.P.
60(b) motion. We conclude that Shakoor
is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and
should be used only in extraordinary cir-
cumstances. *Kerr v. United States Dist.
Court*, 426 U.S. 394, 402, 96 S.Ct. 2119, 48
L.Ed.2d 725 (1976); *United States v.
Moussaoui*, 333 F.3d 509, 516–17 (4th Cir.
2003). Further, mandamus relief is avail-
able only when the petitioner has a clear
right to the relief sought. *In re First Fed.
Sav. & Loan Ass'n*, 860 F.2d 135, 138 (4th
Cir.1988).

Mandamus may not be used as a substi-
tute for appeal. *In re Lockheed Martin
Corp.*, 503 F.3d 351, 353 (4th Cir.2007).
Here, the record reflects that the district

court acted on Shakoor's Rule 60(b) motion on October 29, 2009. Though Shakoor asserts that the district court failed to act on the entirety of his claims, our review of the district court's order indicates that the court denied all claims raised by Shakoor. Further relief is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*